1052

[No. 49538-1-I. Division One. September 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN JOHN SINCERE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00459-6, Douglas D. McBroom, J., entered November 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49556-9-I. Division One. September 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06684-2, Robert H. Alsdorf, J., entered November 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 27224-5-II. Division Two. October 2, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. GEORGE EDWARD ROSS, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01268-1, Terry K. McCluskey, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27798-1-II. Division Two. October 2, 2002.]

TRIO RAY, *Appellant*, v. VASILIY GORASH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-07350-5, Frederick W. Fleming, J., entered August 17, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.